```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLIAM PATRICK,                              :

                Plaintiff,           :       08 Civ. 0470 (SHS) (KNF)

   -against-                                       :       **ORDER OF REFERENCE**
                                                                **TO A MAGISTRATE JUDGE**

POLICE OFFICER MCGARLAND,              :

                Defendant.          :

------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **XX** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: |
| | | ___ Habeas Corpus |
| ___ | Settlement* | ___ Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | Particular Motion: ___ |
| | | All such motions: ___ |

Dated: New York, New York
       February 13, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.