UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
WILLIAM PATRICK,                             :

            Plaintiff,                     :

         -against-                        :

                                      ORDER
CITY OF YONKERS POLICE               :
OFFICER McGARLAND,                         08 Civ. 470 (SHS)(KNF)
                                      :

           Defendant.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/23/08

      IT IS HEREBY ORDERED that: (1) the Commissioner of the Westchester Department of Corrections, Rocco A. Pozzi, or other official in charge of the Westchester County Jail, shall provide inmate William Patrick, Inmate No. 42215, a private room, with telephone service, so that he may participate in a telephonic pretrial conference call with the Court and counsel to the defendant at 11:00 a.m., on June 16, 2008; (2) plaintiff William Patrick shall appear in a private room, designated by the Commissioner or other official in charge of the Westchester County Jail, to participate in said telephonic conference; and (3) Associate Corporation Counsel, Rory McCormick, is directed to serve a copy of this Order on the Commissioner of the Westchester Department of Corrections, Rocco A. Pozzi, or other official in charge of the Westchester County Jail, expeditiously.

Dated: New York, New York
       May 23, 2008

Copy mailed to:
William Patrick
Rory McCormick, Esq.

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

1