UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WILLIAM PATRICK,                                :

        Plaintiff,                                :        ORDER

    -against-                                     :        08 Civ. 470 (SHS)(KNF)

CITY OF YONKERS POLICE                          :
OFFICER McGARLAND,
                                                :
        Defendant.
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the defendants and plaintiff pro se on June 16, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before December 12, 2008;

2. a telephonic status conference shall be held with the parties on November 3, 2008, at 10:30 a.m. Counsel to the defendants shall initiate the telephonic conference on that date;

3. a settlement conference shall be held with the parties on December 15, 2008. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order; and

4.  the parties' joint pretrial order shall be submitted to the Court on or before January 30, 2009. That document must conform with the requirements for such an order as are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
       June 16, 2008

Mailed copies to:

William Patrick
Rory C. McCormick, Esq.

SO ORDERED:

*[signature]*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE